**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) Case No. 18-10709 |
| | ) |
| DANIEL AND CRISTINA SUCIU, | ) *EX PARTE* ORDER TO EMPLOY SPECIAL |
| | ) COUNSEL |
| Debtors. | ) |
| | ) |

Based on the Application of the Debtors, no notice or hearing being required, Kevin Sullivan of The Sullivan Law Firm being a disinterested party, and good cause otherwise appearing, it is hereby

ORDERED that Debtors Daniel and Cristina Suciu are authorized to employ Kevin Sullivan of The Sullivan Law Firm as special counsel in this Chapter 11 bankruptcy proceeding for the purpose of vacating (2) default judgments.

///End of Order///

Presented by:
/s/ Jonathan Smith
Jonathan Smith
Advantage Legal Group
12207 NE 8th Street
Bellevue, WA 98005
(425) 452-9797

DECLARATION OF ATTORNEY JONATHAN SMITH- 1

ADVANTAGE LEGAL GROUP
11100 NE EIGHTH STREET, SUITE 750
BELLEVUE, WA 98004
TELEPHONE (425) 452-9797 ◆ FACSIMILE (425) 453-2315